■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ROBIN HARVEY, Respondent. (Appeal No. 2.) [953 NYS2d 917]— Appeal from an order of the Supreme Court, Oneida County (Barry M. Donalty, A.J.), dated September 14, 2011. The order granted that part of the motion of defendant to suppress certain physical evidence.

It is hereby ordered that the order so appealed from is unanimously affirmed.

Same memorandum as in *People v Weathers* (100 AD3d 1521 [2012]). Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.